IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jessica Rose Hanselmann d/b/a Studio Jessica Rose, <br><br> Plaintiff(s), <br><br> v. <br><br> The Partnerships and Unincorporated Associations Identified on Schedule A, <br><br> Defendant(s). | Case No. 25-cv-1548 <br> Judge Sara L. Ellis |

## **ORDER**

(T:10) Telephone conference held. The Court dismisses all defendants except for Defendant No. 1. The case will proceed with a single defendant. Telephone conference set for 6/12/2025 at 1:30 p.m. and with a joint status report due by 6/5/2025. Attorneys/Parties should appear for the 4/15/2025 hearing by calling the Toll-Free Number: (650) 479-3207, Access Code: 2314 361 1508. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Please note that the conference call-in will be used by all cases that are on the court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called. Members of the public and media will be able to call in to listen to this hearing (use toll-free number). Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

Date: 4/15/2025                                                                                   /s/ Sara L. Ellis